**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| Billi Metcalf, individually and on behalf of all others similarly situated, Plaintiff, | ) ) ) ) | **Acknowledged** TWP August 6, 2018 |
| v. | ) ) | No. 1:18-cv-1371-TWP-MJD |
| Dynamic Recovery Solutions, LLC, a South Carolina limited liability company, and Jefferson Capital Systems, LLC, a Georgia limited liability company, Defendants. | ) ) ) ) ) ) | |

**STIPULATION OF DISMISSAL**

The parties, having reached a settlement of Plaintiff's individual claims against the Defendants, hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and dismissal of the claims of the putative class members without prejudice, each party to bear their own attorneys' fees and costs.

Dated: August 3, 2018

One of Plaintiff's Attorneys

/s/  David  J. Philipps_____
David J. Philipps  (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465

One of Defendants' Attorneys

/s/  Jennifer W. Weller_____
Jennifer W. Weller  (Ill. Bar No. 06270826)
Hinshaw & Culbertson, LLP
151 N.Franklin Street
Suite 2500
Chicago, Illinois 60606

The foregoing stipulation is hereby approved and Plaintiff's individual claim is hereby dismissed with prejudice and those of the putative class members are dismissed without prejudice, each party to bear their own attorneys' fees and costs.

Dated: _____ __, 2018

ENTERED:

_____
Judge, United States District Court

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 3, 2018 a copy of the foregoing **Stipulation of Dismissal** was filed electronically**.**  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Jennifer W. Weller                              jweller@hinshawlaw.com
Hinshaw & Culbertson, LLP
151 N. Franklin Street
Suite 2500
Chicago, Illinois 60606


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

2